IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**VICKY L. CARLISLE,**

      **Plaintiff,**

                    **Civil Action 2:17-cv-629**
v.                            **Judge Michael H. Watson**
                           **Magistrate Judge Jolson**

**SETERUS, INC., et al.,**

      **Defendants.**

## ORDER

This matter is before the Court on the parties' Joint Motion to Stay Proceedings for Sixty (60) Days. (Doc. 12). The parties represent that they are exploring potential out-of-court resolutions to this dispute and wish to do so while "conserving their resources and the resources of this Court in the short-term." (*Id.* at 2). It is well-settled that "whether to stay discovery in any particular case is a decision committed to the broad discretion of the trial court." *E.g.*, *Charvat v. NMP, LLC*, No. 2:09-CV-209, 2009 WL 3210379, at *2 (S.D. Ohio Sept. 30, 2009). With this in mind, and for good cause shown, the parties' Motion (Doc. 12) is **GRANTED**. Consequently, this matter is hereby **STAYED** for sixty (60) days from the date of this Order.

The Court will hold a telephonic status conference on December 11, 2017 at 10:30 a.m., regarding the progress of the parties and whether the stay should continue. Counsel shall initiate the call by joining together on one line and then calling the Court at 614-719-3470.

IT IS SO ORDERED.

Date: October 11, 2017                    /s/ Kimberly A. Jolson
                                          KIMBERLY A. JOLSON
                                          UNITED STATES MAGISTRATE JUDGE